# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

TESSA F. BRYMER

Case Number: 3:19-mj-0025 DMC
Location Code:
Violation Number:

**JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of: 36 CFR 2.35(b)(2)     Nature of Charge(s): Possession of Controlled Substance

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of three (3) years. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay a fine in the amount of $490.00, a special assessment of $10.00, restitution in the amount of $ -0- , and a $ 30.00 processing fee for a total financial obligation of $ 530.00, which shall be paid in monthly payments of $100.00 per month commencing on the first of November 2019 and each month thereafter by the first of the month until paid in full. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ You shall perform _____ hours of community service by _____.

☐ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of _____ months/days beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 unless a different reporting time has been reported prior to that date.

☒ You are prohibited from entering federal lands in the Eastern District of California for a period of three years including, but not limited to, lands supervised by the Bureau of Land Management, U.S. Forest Service, U.S. Fish & Wildlife, U.S. Park Service, and the Veteran's Administration.

☐ **PAY** a fine in the amount of $_____, a special assessment of $_____ and a $_____ processing fee for a total financial obligation of $_____ due immediately or no later than _____ or in monthly installments of _____ beginning on _____ and each month thereafter by the first of the month until paid in full.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to late/delinquent charges imposed by the Court if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order **must** indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

OR: You may pay on-line at www.cvb.uscourts.gov using your location code and violation number.

Dated: October 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE